IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO BARBOZA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>CITY OF BAKERSFIELD, DENNIS )<br>PARK, CHARLES WRIGHT, and )<br>DOES 3 to 100, inclusive,   )<br>  )<br>Defendants.   )<br>_____ ) | 1:12-CV-1914  AWI JLT<br><br>ORDER ADOPTING<br>FINDINGS AND<br>RECOMMENDATION AND<br>DENYING MOTION<br><br>(Doc. Nos. 3, 10) |

     Plaintiff Rumaldo Barboza ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 26, 2012, Plaintiff filed a motion for temporary restraining order and preliminary injunction.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 7, 2012, the Magistrate Judge filed a Findings and Recommendation ("F&R") that recommended denying Plaintiff's motion for a temporary restraining order and preliminary injunction.  The F&R was served on Plaintiff and contained notice that any objection to the F&R was to be filed within fourteen days.  To date, Plaintiff has filed no objections..

      In accordance with the provisions of 28 U.S.C. § 636(b), this Court has reviewed this case.  Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 7, 2012 (Doc. No. 10), is ADOPTED in full; and
2. Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. No. 3) is DENIED.

IT IS SO ORDERED.

Dated:   September 19, 2013

_____
SENIOR  DISTRICT  JUDGE