# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RUMALDO BARBOZA,

        Plaintiff,

  v.

GREEN,

        Defendant.

**Case No. 1:12-cv-01914-AWI-JLT (PC)**

**ORDER DISCHARGING ORDER TO SHOW CAUSE; VACATING FINDINGS AND RECOMMENDATIONS OF DISMISSAL FOR FAILURE TO PROSECUTE; and GRANTING EXTENSION OF TIME TO FILE A FIRST AMENDED COMPLAINT**

**(ECF Nos. 16, 17)**

**THIRTY (30) DAY DEADLINE**

    Plaintiff, Rumaldo Barboza ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2013, the Court dismissed the complaint in this matter and granted Plaintiff leave to amend. (ECF No. 15). On August 28, 2013, the Court ordered Plaintiff to show cause as to why the matter should not be dismissed for his failure to file a first amended complaint. (ECF No. 16). More than 14 days passed and Plaintiff again failed to file a response. Thus, on September 19, 2013, findings and recommendations issued recommending dismissal for Plaintiff's failure to prosecute this action and comply with court orders. (ECF No. 17.) On October 18, 2013, Plaintiff filed objections wherein he argued that he has been unable to prosecute this action because he has diminished reading abilities, is a layman, and relies on others to help him with this action. (ECF No. 19.)

    The Court is cognizant that Plaintiff is a pro se inmate and that civil actions are not easy endeavors. However, Plaintiff must respond to and exert his best efforts to comply with orders

1

from the Court.  At this stage, as explained in the screening order, Plaintiff need only file a first amended complaint stating the factual allegations which he feels violated his civil rights.  Plaintiff is granted thirty days from the date this order issues to file a first amended complaint curing the deficiencies noted in the screening order.

Accordingly, it is HEREBY ORDERED that:

(1)  the Order to Show Cause Why This Action Should not be Dismissed for Plaintiff's Failure to Comply with the Court's Order, which issued on August 28, 2013 (ECF No. 16), is DISCHARGED;

(2)  the Findings and Recommendations of Dismissal for Failure to Prosecute, which issued on September 19, 2013 (ECF No. 17), is VACATED;

(3)  Plaintiff is granted **30 days** from the date of service of this Order, to file a first amended complaint that addresses the deficiencies set forth in this Order.  The first amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint;"

(4)  the Clerk of the Court is directed to send Plaintiff the form complaint for use in a civil rights action and a copy of the screening order which issued on July 30, 2013 (ECF No. 15); and

(5)  **Plaintiff is firmly cautioned that failure to comply with this order will result in an order dismissing this action.**

IT IS SO ORDERED.

Dated:   **October 24, 2013**                       /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE